**Lorine Grantham and Junior Grantham, Lorine Grantham, Appellant, v. Jack Burton York, Appellee.**

**Gen. No. 11,253.**

Second District, First Division.
June 20, 1960.

 Goldsmith
and Dyer, of Aurora, for appellant; Stanley J. Gros, of Chicago, for appellee. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**